DECORATORS GUILD, INC., Respondent, v. SILVERMAN-FREDA CONSTRUCTION CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty

* Appeal dismissed, 261 N. Y. 316.

† Amd. by Laws of 1930, chap. 678; since amd. by Laws of 1932, chap. 399.— [REP.

dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WILLIAM STORK, Respondent, v. JOHN LAZOLUK, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs' and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin and Sherman, JJ., dissent and vote to reverse and deny the motion.